**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 11/25/2026

The status conference scheduled for December 1, 2026 is hereby adjourned to December 7, 2026 at 2:00 p.m. The adjournment is necessary to permit the parties to complete their discussions related to a potential pretrial resolution of this matter. The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, it is further ordered that the time between December 1, 2026 and December 7, 2026 is hereby excluded under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), in the interest of justice.

**By ECF and Email**

The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re: *United States v. Kenneth Bazemore*, 26 Cr. 442 (VSB)**

Dear Judge Broderick:

The Government writes to request that the status conference currently scheduled for December 4, 2026 be adjourned to December 7, 2026.

By way of background, on or about September 8, 2026, the defendant Kenneth Bazemore was charged by complaint with the possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). (*See* Dkt. No. 1). On or about September 5, 2026, a grand jury in this district indicted the defendant on the same charge. Since then, the Government has produced discovery, and the parties have been engaged in discussions about a potential pre-trial resolution. Because the parties are continuing to a discuss a pre-trial resolution, the Government requests that the Court adjourn the December 4, 2026 status conference to December 7, 2026.

Because such a continuance best serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial, the Government further requests that speedy trial time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) through December 7, 2026. The Government has conferred with defense counsel, who does not object.

Respectfully,

JAMES M. MCDONALD
United States Attorney

by: /s/ Timothy Ly
Timothy Ly
Assistant United States Attorney
(212) 637-1062

CC: Keith White (by ECF and email)